# Court of Appeals
# of the State of Georgia

ATLANTA, September 03, 2015

*The Court of Appeals hereby passes the following order*

**A15D0539. WILLIAM VERE VANCE, IV v. MARY FRANCES WALKER.**

Upon consideration of the Application for Discretionary Appeal, it is ordered that it be hereby DENIED.

LC NUMBERS:

11cv067



*Court of Appeals of the State of Georgia*
        *Clerk's Office, Atlanta, September 03, 2015.*

        *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

        *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

*Stephen E. Castlen* , *Clerk.*